ERIC GRANT
United States Attorney
DAVID GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RYAN GRAHAM,<br>Defendant. | CASE NO. 5:26-mj-00025-CDB<br><br>MOTION AND PROPOSED ORDER TO UNSEAL ARREST WARRANT AND COMPLAINT |

Defendant Ryan Graham has been arrested based on an arrest warrant issued by a judicial officer in the Eastern District of California. The warrant was issued along with a criminal complaint that charges him with violating 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm. Because Ryan Graham has been arrested, there is no need for the complaint and arrest warrant to remain sealed. Accordingly, the government now moves that the complaint and arrest warrant be unsealed.

Dated: July 10, 2026

ERIC GRANT
United States Attorney

By: /s/ DAVID GAPPA
DAVID GAPPA
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RYAN GRAHAM,<br>Defendant. | CASE NO. 5:26-MJ-00025-CDB<br><br>ORDER TO UNSEAL CRIMINAL COMPLAINT AND ARREST WARRANT |

Defendant Ryan Graham has been arrested based on an arrest warrant issued by a judicial officer in the Eastern District of California. The warrant was issued along with a criminal complaint that charges him with violating 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm. Because Ryan Graham has been arrested, there is no need for the complaint and arrest warrant to remain sealed. Accordingly, the complaint and arrest warrant are now unsealed.

SO ORDERED.

Dated: **Jul 10, 2026**

Honorable Stanley A. Boone
United States Magistrate Judge
Fresno, California