ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN GRAHAM,<br><br>Defendant. | Case No: 1:26-CR-00129-KES-EPG<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: October 14, 2026<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Erica P. Grosjean |

Plaintiff United States of America, by and through its counsel of record, and Defendant Ryan Graham, by and through his counsel of record, hereby stipulate as follows. The parties base this stipulation on good cause. Specifically,

1. This matter was set a Status Conference before the Honorable Erica P. Grosjean October 14, 2026, at 1:00 p.m.
2. Discovery has been provided to counsel for the Defendant.

3. Defense counsel is continuing to review the discovery and investigate the case
4. The parties have begun to engage in plea discussions, and anticipate reaching a plea agreement before the next status conference. .
5. As a result, the parties request the status conference currently set for October 14, 2026 before the Honorable Erica P. Grosjean be continued to December 9, 2026.
6. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.
7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 14, 2026 to December 9, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: October 9, 2026

ERIC GRANT
United States Attorney

By: /s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: October 9, 2026

By: */s/ Michael Aed*
Michael Aed
Counsel for Ryan Graham

**ORDER**

IT IS ORDERED that the Status Conference currently set for October 14, 2026 at 1:00 pm is continued to December 9, 2026 at 1:00pm before the Honorable Erica P. Grosjean.

IT IS FURTHER ORDERED THAT the period of time from **October 14, 2026,** through **December 9, 2026,** is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **October 9, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE